

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MONTE RUBEN SWANZY, | § | |
| | § | No. 08-15-00132-CV |
| Appellant, | | |
| | § | Appeal from |
| v. | | |
| | § | 192nd District Court |
| RICHARDSON INDEPENDENT | | |
| SCHOOL DISTRICT, DALLAS | § | of Dallas County, Texas |
| COUNTY, CITY OF DALLAS, | | |
| DALLAS COUNTY COMMUNITY | § | (TC # TX-12-40611) |
| COLLEGE DISTRICT, PARKLAND | | |
| HOSPITAL DISTRICT, AND | § | |
| DALLAS COUNTY SCHOOL | | |
| EQUILIZATION FUNDS, | § | |
| | | |
| Appellees. | § | |

**MEMORANDUM OPINION**

Richardson Independent School District has filed a motion to dismiss this appeal for want of jurisdiction. Finding that Appellant, Monte Ruben Swanzy filed the notice of appeal more than one year after the trial court entered judgment, we grant the motion and dismiss the appeal for want of jurisdiction.

A civil appeal is perfected when the notice of appeal is timely filed. TEX.R.APP.P. 25.1, 26.1; *see Restrepo v. First National Bank of Dona Ana County, N.M.*, 892 S.W.2d 237, 238 (Tex.App.--El Paso 1995, no writ). If the notice of appeal is untimely, the appellate court lacks jurisdiction and must dismiss the case. *See Charette v. Fitzgerald*, 213 S.W.3d 505, 509

(Tex.App.--Houston [14th Dist.] 2006, no pet.). In an ordinary civil case, the notice of appeal must be filed within 30 days after the judgment or appealable order is signed or within 90 days if any party timely files a motion for new trial, motion to modify the judgment, motion to reinstate under TEX.R.CIV.P. 165a, or makes a request for findings of fact and conclusions of law. Tex.R.App.P. 26.1(a). The appellate court may extend the time to file the notice of appeal if, within fifteen days after the deadline passes, the appellant files (1) the notice of appeal in the trial court and (2) a motion for extension of time complying with Rule 10.5(b). TEX.R.APP.P. 26.3; *see* TEX.R.APP.P. 10.5(b); *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997).

The trial court entered its final judgment on February 4, 2014, and Swanzy filed his written request for findings of fact and conclusions of law on February 20, 2014. Swanzy's notice of appeal was due to be filed on May 5, 2014, but he did not file it until February 27, 2015, more than nine months after the due date. Because Swanzy did not timely file his notice of appeal, we grant Richardson Independent School District's motion and dismiss the appeal for want of jurisdiction.

September 23, 2015

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.